IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENALDO E. GIBSON,

        Plaintiff,                No. CIV S-11-1934 EFB P

    vs.

MICHAEL MCDONALD,

        Defendant.         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

      Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

////

////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2  the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3  the amount in the account exceeds $10, until the filing fee is paid. *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5  pauperis application upon the Director of the California Department of Corrections and

6  Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8  Dated:   January 18, 2012.

9                        EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26