IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENALDO E. GIBSON,

    Plaintiff,               No. 2:11-cv-1934 EFB P

    vs.

MICHAEL MCDONALD,

                            ORDER AND
    Defendant.           FINDINGS AND RECOMMENDATIONS[1]

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 30, 2012, defendant filed a motion for summary judgment and informed plaintiff of the requirements for opposing a motion for summary judgment. *See* Fed. R. Civ. P. 56; *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998). Plaintiff has not filed an opposition or a statement of no opposition to the motion. On January 3, 2013, the court gave plaintiff twenty-one days to file an opposition or statement of non-opposition and warned him that failure to do so could result in a recommendation that this action be dismissed. *See* Fed. R. Civ. P. 41(b). The time for acting has passed and plaintiff has not filed an opposition, a statement of no opposition, or otherwise responded to the court's order.

---

[1] Defendant failed to respond to the court's order filed on March 5, 2012, Dckt. No. 12, directing that he complete and return the form indicating either their consent to jurisdiction of the magistrate judge or request for reassignment to a district judge. Accordingly, the clerk will be directed to randomly assign this case to a district judge

1

1  Plaintiff has been warned that he must file a response to defendants' motion. Plaintiff
2  has disobeyed this court's orders and failed to prosecute this action. It appears that plaintiff has
3  abandoned the case. The appropriate action is dismissal without prejudice.
4  Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States
5  District Judge to this case.
6  Further, it is RECOMMENDED that this action be dismissed without prejudice. *See* Fed.
7  R. Civ. P. 41(b); E.D. Cal. Local Rule 110, 183(b).
8  These findings and recommendations are submitted to the United States District Judge
9  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
10 after being served with these findings and recommendations, any party may file written
11 objections with the court and serve a copy on all parties. Such a document should be captioned
12 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
13 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
14 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
15 Dated: January 30, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE